UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RICHMOND, VIRGINIA

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| ISLAND CREEK COAL COMPANY, | )   Fourth Circuit No.:  14-1060 |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| RITA VANCE, survivor of and on behalf of | ) |
| GERALD T. VANCE, | ) |
| Respondent, | ) |
| | ) |
| and | ) |
| | ) |
| DIRECTOR, OFFICE OF WORKERS' | ) |
| COMPENSATION PROGRAMS, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Statutory Respondent. | ) |
| _____ | ) |

**ISLAND CREEK COAL COMPANY'S
MOTION TO SUSPEND BRIEFING SCHEDULE PENDING DECISION OF
THE MOTION TO HOLD CLAIM IN ABEYANCE PENDING
RESOLUTION OF *WEST VIRGINIA CWP FUND v. ARDIS J. GUMP***

The United States Court of Appeals for the Fourth Circuit issued a Briefing Order requiring Island Creek Coal Company to submit its Opening Brief and accompanying Joint Appendix by April 3, 2014.  On March 21, 2014, Island Creek

Coal Company filed the Motion to Hold Claim in Abeyance Pending Resolution of *West Virginia CWP Fund v. Ardis J. Gump,* Fourth Cir. No. 11-2416.  As this motion is now pending before the Court, the initial briefing schedule should be suspended in order to allow for resolution of this motion.

    Accordingly, Island Creek Coal Company respectfully requests, with concurrence of opposing counsel, that the initial briefing schedule be suspended until such time as the Court has ruled on the Motion to Hold Claim in Abeyance Pending Resolution of *West Virginia CWP Fund v. Ardis J. Gump,* Fourth Cir. No. 11-2416.

    Respectfully submitted,

**ISLAND CREEK COAL COMPANY,**

By Counsel.

<u>/s/ William S. Mattingly</u>
*Counsel for Island Creek Coal Company*
WV Bar No.:  4699
Jackson Kelly PLLC
P. O. Box 619
Morgantown, WV  26507
(304) 284-4100

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of **Island Creek Coal Company's Motion to Suspend Briefing Schedule Pending Decision of the Motion to Hold Claim in Abeyance Pending Resolution of** *West Virginia CWP Fund v. Ardis J. Gump*, was served upon the following by electronic filing on this **28th** day of March, 2014.

**ELECTRONIC**:  Patricia S. Connor
U. S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA  23219-3517

Richard A. Seid
U. S. Department of Labor
Office of the Solicitor
Frances Perkins Building
Room N-2117
200 Constitution Avenue, N.W.
Washington, DC  20210
seid-richard@dol.gov
blls-sol@dol.gov

Joseph E. Wolfe
Ryan Gilligan
Wolfe, Williams, Rutherford & Reynolds
Attorneys and Counselors at Law
P. O. Box 625
Norton, VA  24273
rgilligan@wwrrlawfirm.com

*/s/* William S. Mattingly
*Counsel for Island Creek Coal Company*