FILED: April 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1060
(13-0112 BLA)

_____

ISLAND CREEK COAL COMPANY

   Petitioner

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; RITA VANCE, widow of and on behalf of Gerald T. Vance

   Respondents

_____

O R D E R

_____

  Upon consideration of the submissions relative to the motion to hold this case in abeyance, the court grants the motion and places this case in abeyance pending this court's decision in <u>West Virginia CWP Fund v. Ardis</u> <u>J. Gump</u>, Case No. 11-2416, argued on March 19, 2014.

            For the Court

            <u>/s/ Patricia S. Connor, Clerk</u>